IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SCOTT E. CRAWFORD                                                                                          PETITIONER

VERSUS                                                              CIVIL ACTION NO.  5:07cv140-DCB-MTP

CONSTANCE REESE, Warden, et al.                                                               RESPONDENTS

**ORDER**

This matter is before the court, sua sponte, to review the petition filed pursuant to 28 U.S.C. § 2241 by the petitioner.  Having reviewed the record, it is hereby,

ORDERED AND ADJUDGED:

1. That the proper respondent in the instant civil action is the petitioner's present custodian, Constance Reese, Warden of FCI-Yazoo City.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 494-95 (1973).  Therefore, the other named respondents, Charles Smith, Angel Scott, Raymond E. Hold, Harley Lapin and Harrell Watts, are dismissed with prejudice.

2. That the respondent, Constance Reese, file an answer in this cause within 20 days of the service of a copy of this order.

3. That the United States District Clerk is hereby directed to issue summons to **Constance Reese,** Warden, FCI - Yazoo City, P.O. Box 5050, Yazoo City, Mississippi 39194.

4. That the clerk of this court shall serve, *by certified mail*, a copy of the summons, petition filed herein and a copy of this order upon **Renee Yancey, Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 188 E. Capitol St., Suite 500, Jackson, Mississippi 39201; **Attorney General of the United States**, at 10th Street & Constitution Avenue, Washington, D.C. 20530; and **Constance Reese,** Warden, FCI - Yazoo, P.O. Box 5050, Yazoo City, Mississippi 39194.

2

5.  That the clerk of this court shall also serve a copy of this order upon **petitioner** by mailing same to petitioner's last known address.

SO ORDERED, this the   31st   day of     July    , 2007.


                                                  s/ David Bramlette  
                                          UNITED STATES DISTRICT JUDGE